UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| FABIAN HERNANDEZ, | § § § § § § § § § § § § § | |
| Petitioner, | | |
| v. | | CAUSE NO. 3:15-cv-00051 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | | |
| Respondent. | | |

**O R D E R**

On this date came on to be considered Petitioner's Motion to Substitute Counsel. The Court, after considering same, is of the opinion that it is in the interests of justice to relieve David Medders from his appointment in this case and to appoint the Federal Public Defender and her Capital Habeas Unit in his place. That is, this Court finds the motion should be GRANTED. Accordingly, it is

ORDERED that attorney David Medders is permitted to withdraw from this case and the Federal Public Defender and her Capital Habeas Unit are substituted in his place.

Signed this _____ day of June 2023.

_____
Hon. Kathleen Cardone, U.S. District Judge